# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOSE CRUZ,

       Plaintiff,

                                  Case No.: 8:14-cv-03171-SCB-AEP

v.

NCO FINANCIAL SYSTEMS, INC.,

       Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

      Defendant, NCO FINANCIAL SYSTEMS, INC., (NCO), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: October 29, 2015                Respectfully Submitted,

                                                */s/Michael Schuette*
                                                Michael Schuette, Esq.
                                                Florida Bar No. 010681
                                                Dayle M. Van Hoose, Esq.
                                                Florida Bar No. 0016277
                                                SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                                3350 Buschwood Park Drive, Suite 195
                                                Tampa, FL 33618
                                                Telephone: (813) 890-2472
                                                Facsimile:    (866) 466-3140

        mschuette@sessions-law.biz
        dvanhoose@sessions-law.biz

*Attorneys for Defendant,*
*NCO Financial Systems, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 29th day of October 2015, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

        W. John Gadd, Esq.
        Bank of America Building
        2727 Ulmerton Road-Suite 250
        Clearwater, FL 33762
        wjg@mazgadd.com

        */s/Michael Schuette*
        Attorney